NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

INTERNATIONAL UNION OF MINE, MILL AND SMELTER WORKERS, INDEPENDENT, et al.

No. 15231.

United States Court of Appeals, Eighth Circuit.

Jan. 10, 1955.

Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

UNITED STATES of America, Appellant,

v.

Bennett GOLDBERG.

No. 15232.

United States Court of Appeals, Eighth Circuit.

Jan. 6, 1955.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Simon Meshbesher and Philip J. Stern, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 123 F. Supp. 385, dismissed on stipulation of parties.

UNITED STATES of America, Appellant,

v.

Claude J. HUPP et al.

No. 15234.

United States Court of Appeals, Eighth Circuit.

Jan. 6, 1955.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Cummins, Cummins, Hammond & Ames, St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court, 123 F. Supp. 385, dismissed, on stipulation of parties.

UNITED STATES of America, Appellant,

v.

Frank S. LEONARD.

No. 15235.

United States Court of Appeals, Eighth Circuit.

Jan. 6, 1955.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Simon Meshbesher and Philip J. Stern, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 123 F. Supp. 385, dismissed on stipulation of parties.